UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL K. CROCKER, TRUSTEE[1] | ) | |
| | ) | |
| v. | ) | NO. 3:07-0877 |
| | ) | JUDGE ECHOLS |
| ACCOUNTS RECEIVABLE | ) | |
| SOLUTIONS, LLC., ET AL. | ) | |

### ORDER

Pursuant to the Stipulation of Dismissal With Prejudice (Docket Entry No. 17) filed by the parties, this case is hereby DISMISSED with prejudice.

It is so ORDERED.

*[signature]*

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

---

[1] Ronda Hoffman, the original Plaintiff in this case, filed a bankruptcy action in this district (No. 08-00204-KL3-7) As this action is now property of the bankruptcy estate, 11 U.S.C. § 541, and Samuel K. Crocker is the Trustee of her estate, Samuel K. Crocker, Trustee, was substituted as Plaintiff. Bryan E. Pieper, continues as counsel of record for Plaintiff Trustee.